AUSA Litton

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Aden Abdullahi JAMA<br><br>*Defendant(s)* | Case No. 2:23-mj-411 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 6, 2023__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2113(a) & 2(a)<br>18 U.S.C. 924(c)(1)(i) & 2(a) | (1) Aiding and Abetting a Bank Robbery<br>(2) Aiding and Abetting the Use and Carrying of a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Task Force Officer Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/08/2023

City and state: Columbus, OH

Kimberly A. Jolson
United States Magistrate Judge

## ATTACHMENT A

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. On July 6, 2023, at approximately 2:13PM, a robbery occurred at the Byers Imports Car Lot located at 409 North Hamilton Road, Columbus, Ohio 43213, where three (3) suspects stole a vehicle, described as a black Porsche sports utility vehicle, from the lot, and fled from the area.

2. On July 6, 2023, at approximately 4:00PM, a robbery occurred at the Fifth Third Bank located at 2455 Hilliard Rome Road, Hilliard, Ohio 43026, where an armed suspect stole thousands of dollars of U.S. currency. The suspect was described as a black male, wearing a green ball cap, covid mask, black hoodie, and light pants. Surveillance footage from the bank shows the suspect brandishing a firearm at bank employees. The incident was called in to police as an armed robbery and information indicated that the suspect fled in a black Porsche sports utility vehicle. The deposits of the Fifth Third Bank on Hilliard Rome Road are insured by the Federal Deposit Insurance Corporation ("FDIC").

3. On July 6, 2023, at approximately 4:07PM, an incident occurred where Columbus Police officers encountered the stolen black Porsche sports utility vehicle and suspects in the area of Interstate 70 East and West Mound Street. During the incident, a Columbus Police officer was struck by gunfire and seriously wounded. One of the suspects was also shot and died at the scene. The suspect who died at the scene was a black male, wearing a green ball cap, covid mask, black hoodie, and light pants. Officers were able to compare still images from the bank's surveillance system to the decedent and they matched.

4. Two other unknown suspects fled from the Porsche on foot and avoided apprehension. Surveillance cameras in the area captured video and images of two black males running from the scene of the shooting. The males observed running in surveillance video were observed to be two (2) black males, one wearing a white t-shirt, with a black jacket, black pants, and white tennis shoes. The other suspect was wearing a red- and white-striped shirt, black pants, and white tennis shoes.

5. Officers recovered two firearms from the incident on Interstate 70 East. One of the firearms was a Glock handgun with an extended magazine, located near the suspect who was shot. The other was a black semiautomatic handgun, located on the pavement of the highway in the direction where the other two suspects fled.

6. Surveillance video from a women's shelter in the area where the two suspects fled shows them entering the shelter, but they were ultimately turned away. One suspect was wearing a red shirt with white stripes that was later identified as Fazsal DAROD. The other suspect was wearing a white t-shirt, dark pants, and white tennis shoes. A photograph of both suspects is depicted below:



7. As previously noted, at approximately 2:13PM on July 6, 2023, the Byers Imports Car Lot located at 409 North Hamilton Road, in Whitehall, Ohio, was robbed at gunpoint. The suspect(s) demanded keys to a Porsche SUV. The suspect(s) fled in the stolen SUV before Whitehall Police could arrive on scene. However, Whitehall detectives were able to activate a GPS tracker in the SUV that led them to the Fifth Third Bank on Hilliard Rome Road. Detectives observed the driver exit the bank and run to the driver's side door and enter the vehicle. Whitehall detectives attempted to stop the SUV, but it was able to flee which initiated the pursuit and officer-involved shooting described in paragraph three (3).

8. One of the suspects that fled was later identified as Faisal (Fazsal) Mohamed DAROD. DAROD was arrested in the early morning hours of July 7, 2023, at his residence. Detectives with the Columbus Division of Police (CPD) conducted a custodial interview of DAROD, who admitted he was in the

Porsche with the suspect who committed the robbery at Fifth Third Bank on Hilliard Rome Road. However, DAROD said the suspect pointed a gun at him and told him if he left the car he would start shooting. DAROD further told the detectives that prior to meeting up with the suspect, he was hanging out with a friend in Reynoldsburg that he only knew as Aden.

9. Detectives obtained DAROD's cell phone and obtained a State of Ohio search warrant to download the contents of the cell phone. Detectives observed that DAROD received twelve (12) phone calls from the phone number (614) 395-1393 between July 3, 2023, and July 6, 2023. A search on the Accurint database shows that phone number belongs to Aden Abdullahi JAMA. A search in the OHLEG database shows JAMA with an address of 2861 Liberty Bell Lane, in Reynoldsburg, Ohio.

10. Cell phone location data from DAROD's phone shows his phone leaving the area of the shooting on Interstate 70 and traveling to the Wyndham Hotel, located at 887 Morse Road, Columbus, Ohio. Surveillance video from the hotel after the shooting shows a black Toyota Camry pull into a parking spot at the hotel at 4:53PM, which aligns with DAROD's cell phone location data. That surveillance footage also shows two individuals exit the car while wearing the same clothing of the suspects that fled the scene of the shooting. A still photograph from that footage is depicted below:



11. Detectives spoke with the clerk at the hotel, and surveillance video footage from the lobby on July 5, 2023, at approximately 3:00PM shows DAROD and JAMA together. DAROD was wearing the same shirt that he wore when he fled the Porsche as the shooting was taking place.

12. As the detectives further examined the contents of DAROD's cell phone, they noticed a text message from DAROD to JAMA's phone number on July 6, 2023, at 1:33PM that stated, "409 N. Hamilton Rd." This is the location of the Byers Imports Car Lot, and the text message was sent just forty-one (41) minutes prior to the robbery of the Porsche SUV from Byers.

13. Members of the Southern Ohio Fugitive Arrest Team (SOFAST) have determined the JAMA has purchased a flight leaving Chicago on July 8, 2023, at 12:35PM for the country of Turkey. DAROD's cell phone contained several Google searches for flights out of the country as well.

14. Based on the above, your affiant requests an arrest warrant for Aden Abdullahi JAMA for one count of aiding and abetting a bank robbery, in violation of 18 U.S.C. §§ 2113(a) and 2(a), and one count of aiding and abetting the use and carrying of a firearm during and in relation to a crime of violence (i.e., bank robbery), in violation of 18 U.S.C. §§ 924(c)(1)(A)(i) and 2(a), both of which relate to the July 6th Fifth Third Bank Robbery on Hilliard Rome Road.

_Brian V. Boesch_ TFO 6551
Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence.

_Kimberly A. Jolson_
Kimberly A. Jolson
United States Magistrate Judge

July 8, 2023
Date