**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

|  |  |
|---|---|
| **Plaintiff,** | **NOTICE** |
| **v.** | **Case No. 2:23-CR-152-1** |
|  | **Sarah D. Morrison** |
| **FAISAL MOHAMED DAROD** |  |
| **Defendant.** |  |

      **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court        **Courtroom No. 132 (in**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard        **person) August 1, 2023, at**
        Columbus, Ohio 43215

                               **11:30 a.m.**

TYPE OF PROCEEDING: **Arraignment**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location, and time.

                            **SARAH D. MORRISON**
                            **UNITED STATES DISTRICT JUDGE**

DATE:
July 27, 2023

                              s/  Maria Rossi Cook          
                            (By) Maria Rossi Cook, Deputy Clerk