## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      **NOTICE**

v.                                         Case No. 2:23-CR-152-2

                                                   Sarah D. Morrison

**ADEN ABDULLAHI JAMA**

        Defendant.

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court             **Courtroom No. 132 (in person)**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard                    **August 1, 2023, at 11:45 a.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Arraignment**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location, and time.

                                         **SARAH D. MORRISON**
                                         **UNITED STATES DISTRICT JUDGE**

DATE:
July 27, 2023

                                           s/  Maria Rossi Cook
                                         (By) Maria Rossi Cook, Deputy Clerk