IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**          **NOTICE**

v.          Case No. 2:23-CR-152-02

         Hon. Sarah D. Morrison

**ADEN ABDULLAHI JAMA,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court      **Courtroom No. 132**
       Joseph P. Kinneary U.S. Courthouse
       85 Marconi Boulevard      **October 11, 2023, at 10:00 a.m.**
       Columbus, Ohio 43215

TYPE OF PROCEEDING: **Change of Plea**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location, and time.

**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**

DATE:
October 5, 2023

     s/ Maria Rossi Cook
(By) Maria Rossi Cook, Deputy Clerk