## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**          <u>**NOTICE**</u>

v.          Case No. 2:23-CR-152-01

         Hon. Sarah D. Morrison

**FAISAL MOHAMED DAROD,**

        **Defendant.**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place: United States District Court      **Courtroom No. 132**
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard      **October 23, 2023, at 1:30 p.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Change of Plea**

If Defendant is on bond, it is the responsibility of counsel to notify the defendant of the hearing, date, location, and time.

                                                            **SARAH D. MORRISON**
                                                            **UNITED STATES DISTRICT JUDGE**

DATE:
October 5, 2023

                                                              <u>s/ Maria Rossi Cook</u>
                                                             (By) Maria Rossi Cook, Deputy Clerk