United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-  Case No. 2:23-cr-152-01
Faisal Mohamed Darod

COURTROOM MINUTES
Change of Plea

| U.S. District Judge Sarah D. Morrison | | Date: Oct. 23, 2023, at 1:30 p.m. | |
|---|---|---|---|
| Deputy Clerk | Maria Cook | Counsel for Govt: | Noah Litton |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Jeff Stavroff |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

The Defendant was changed his plea to Guilty on Counts 1-5 and 7-10 of the Superseding Indictment.

The Court accepted his plea of Guilty.

The Court ordered a PSI.

Defendant to remain in custody pending sentencing.